United States District Court
Southern District of Texas
**ENTERED**
March 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-244 |
| | § | |
| ALAN VASQUEZ-BAZET; aka ALAN BAZET-VASQUEZ | § § | |

## **MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A preliminary examination and detention hearing has been held in accordance with Rule 5.1 of the Federal Rules of Criminal Procedure and the Bail Reform Act, 18 U.S.C. § 3142(f).  Having considered the evidence presented the undersigned finds as follows:

(1)   The evidence meets the probable cause standard that the defendant transported undocumented aliens with the intent to further their unlawful presence in the United States in violation of 8 U.S.C. § 1324; and

(2)   There is a serious risk that the defendant will not appear.

The defendant is on state probation for both a felony and misdemeanor offense. The defendant has been non-compliant with the terms of his probation in the commission of this offense and other violations of the terms of his probation. The defendant has shown an inability or unwillingness to comply with court ordered supervision.   The defendant has a serious history of alcohol abuse.   Finally, the defendant is not a citizen of the United States and, therefore, faces deportation if convicted.   The findings and

conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of March, 2016.

_____
Jason B. Libby
United States Magistrate Judge